

**DEPARTMENT OF THE AIR FORCE**
**445 AIRLIFT WING**
**WRIGHT PATTERSON AIR FORCE BASE**

02-Oct-2021

MEMORANDUM FOR   2ND LT MICHAEL J. POFFENBARGER

FROM:  445 OSS/CC

SUBJECT:  Order to Receive Mandatory COVID-19 Vaccine

References:  (a)  Secretary of Defense, *Mandatory Coronavirus Disease 2019 Vaccination of Department of Defense Service Members* (24 August 2021)
(b) Secretary of the Air Force, *Mandatory Coronavirus Disease 2019 Vaccination of Department of the Air Force Military Members* (3 September 2021)
(c) AFI 48-110_IP, *Immunizations and Chemoprophylaxis for the Prevention of Infectious Diseases* (16 February 2018)

1. On 24 August 2021, the Secretary of Defense issued a mandate for all members of the Armed Forces under DoD authority on active duty or in the Ready Reserve, including the National Guard, to receive the COVID-19 vaccine (Reference (a)).  Subsequently, on 3 September 2021, the Department of the Air Force issued additional guidance (Reference (b)).

2. Mandatory vaccination will only use COVID-19 vaccines that receive full licensure from the Food and Drug Administration (FDA).

3. As of 8 September 2021, the local medical facility did not have record of your COVID-19 vaccination.  As a result, and in accordance with the above paragraph, **I am ordering you to receive an initial dose of a COVID-19 vaccine with full licensure approval from the FDA AND provide proof by 3 October 2021**.  **Additionally, you are ordered to receive the second dose of the same vaccine AND provide proof by 7 November 2021.**

   a. If you previously received the complete vaccination series but your military medical records do not reflect it, you are required to provide proof of vaccination by the date listed above.

   b. The due date above also applies to exemptions.  This means you must provide either a completed request for a religious accommodation addressed to the AFRC Commander (delivered to me) or proof of a medical exemption approved by a military medical provider.

4. The Pfizer COVID-19 vaccine is not the only option available for complying with this order. Alternatively, you may choose to receive the two-shot Moderna COVID-19 vaccine or the single shot J&J COVID-19 vaccine.  If you choose to receive the Pfizer or Moderna series vaccine, you must comply with the two deadlines listed above. If you choose to receive the J&J vaccine, you must comply with the first deadline listed above.  It is YOUR responsibility to pay attention to these

Case: 3:22-cv-00001-TMR-CHG Doc #: 1-2 Filed: 01/02/22 Page: 2 of 3  PAGEID #: 18

2

timelines.  A request (to me) for good cause for an extension to this order must be received in writing before the ordered due date.

5.  If you have concerns about the COVID-19 vaccine, you have access to free advice and counseling through any of the installation agencies listed below.  The completion dates listed above should provide a reasonable amount of time in which to coordinate.

   a. Medical Concerns – the base COVID-19 vaccination point of contact is Colonel Jospeh Lawlor, 445 AMDS, 937-257-5200

   b. Legal Implications – the base Area Defense Counsel (ADC) can be reached at 257-7841.  For additional legal questions, the 445 AW Judge Advocate General is Lt Col Ryan Albrecht, 445 AW/JA 937-257-3535

   c. Religious Objections – the base Chaplain's Office point of contact is Lt Col Brandon Stephens, 445 AW/HC, 937-257-0589

Failure to comply with this lawful order may result in administrative and/or punitive action for Failing to Obey an Order under Article 92, Uniform Code of Military Justice.

SOPKO.CHRISTOPHER.J.1241271060
Digitally signed by SOPKO.CHRISTOPHER.J.1241271060
Date: 2021.10.02 13:36:22 -04'00'

CHRISTOPHER J. SOPKO, Lt Col, USAF
Commander

1st Ind,  2ND LT MICHAEL J. POFFENBARGER          , Order to Receive Mandatory COVID-19 Vaccine

MEMORANDUM FOR  445 OSS/CC

1.  I acknowledge receipt of this order on 02 October 2021.  I understand the dates for starting and completing the COVID-19 vaccination process.  I also understand I must provide proof by the dates listed in the order.

2.  I understand a request for an extension to this order must be writing, prior to the due dates, and can only be approved by the Commander.

MICHAEL J. POFFENBARGER, 2nd Lt, USAF

2d Ind to , 445 OSS/CC        , Order to Receive Mandatory COVID-19 Vaccine

445 OSS/CC                                                                    _____ (DATE)

MEMORANDUM FOR   2ND LT MICHAEL J. POFFENBARGER

On _____(DATE), Member:

   a. _____ provided proof of receiving an initial dose of a Pfizer or Moderna COVID-19 vaccination series;

   b. _____ provided proof of receiving of a J&J COVID-19 vaccination;

   c. _____ submitted a completed religious accommodation request;

   d. _____ provided proof of an approved military medical exemption; or

   e. _____ did not provide sufficient documentation and thus failed to comply with the order and Paragraph 2 (below) applies.  Member failed to comply with my previously issued lawful order and is in violation of Article 92, UCMJ.  Member must comply as soon as possible or risk continued adverse consequences.

                                                CHRISTOPHER J. SOPKO, Lt Col, USAF
                                                Commander

3d Ind to  445 OSS/CC         , Order to Receive Mandatory COVID-19 Vaccine

445 OSS/CC                                                                    _____ (DATE)

MEMORANDUM FOR  2ND LT MICHAEL J. POFFENBARGER

On _____(DATE), Member:

   a. _____ provided proof of receiving a completed Pfizer or Moderna COVID-19 vaccination series; or

   b. _____ did not provide sufficient documentation and thus failed to comply with the order and Paragraph 2 (below) applies.  Member failed to comply with my previously issued lawful order and is in violation of Article 92, UCMJ.  Member must comply as soon as possible or risk continued adverse consequences.

                                                CHRISTOPHER J. SOPKO, Lt Col, USAF
                                                Commander