IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO – Western Division at Dayton

| | | |
|---|---|---|
| **MICHAEL POFFENBARGER** | : | Case No.: |
| Plaintiff | : | |
| v. | : | |
| **Hon. FRANK KENDALL**, et. al. | : | |
| Defendants | : | |

### DECLARATION OF MICHAEL POFFENBARGER IN SUPPORT OF HIS MOTION FOR A PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER

Pursuant to 28 U.S.C. §1746, the undersigned, Michael Poffenbarger, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Michael Poffenbarger, Plaintiff in the above captioned matter.

2. The factual allegations in the Complaint, filed in this matter, are true, and are incorporated into this declaration by reference.

3. The exhibits attached to the Complaint in this matter are true and accurate copies of what they purport to be, and are authentic.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on _January 2, 2022_.

_____
Michael Poffenbarger