# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

**MICHAEL POFFENBARGER,**

   *Plaintiff*,

v.

**FRANK KENDALL,** *et al.*,

   *Defendants*.

No. 3:22-cv-1-TMR-CHG

**ORDER GRANTING OFFICIAL CAPACITY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Upon consideration of the Official Capacity Defendants' Unopposed Motion for Extension of Time to File a Response to Plaintiff's Complaint, it is ORDERED that:

1. The Official Capacity Defendants' Motion is GRANTED; and

2. The Official Capacity Defendants' response to Plaintiff's complaint is due 14 days after Plaintiff files his amended complaint.

IT IS SO ORDERED.

Dated: March 8, 2022

                                                   s/Thomas M. Rose
                                                   THE HONORABLE THOMAS M. ROSE
                                                   Senior United States District Judge