IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON DIVISION

| | |
|---|---|
| MICHAEL POFFENBARGER,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRANK KENDALL, *et al.*,<br><br>   *Defendants*. | No. 3:22-cv-1-TMR-SLO |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's Memorandum Opinion and Order on Plaintiff's Motion for Preliminary Injunction, ECF No. 32, granting, in part, Plaintiff's Motion for a Preliminary Injunction and issuing a preliminary injunction, the terms of which are set forth in the Court's Order.

Dated: April 28, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ANTHONY J. COPPOLINO
Deputy Branch Director
Federal Programs Branch

*/s/Andrew E. Carmichael*
ANDREW E. CARMICHAEL
AMY E. POWELL
Senior Trial Counsel
STUART J. ROBINSON
Senior Counsel
ZACHARY A. AVALLONE
CASSANDRA SNYDER
CATHERINE M. YANG
Trial Attorneys

1

Department of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 514-3346
Email: Andrew.e.carmichael@usdoj.gov

*Attorneys for Official Capacity Defendants*