## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 03, 2022

Mr. Andrew E. Carmichael
U.S. Department Of Justice
Civil Division
1100 L Street, N.W.
Washington, DC 20005

Re: Case No. 22-3413, *Michael Poffenbarger v. Frank Kendall, et al*
Originating Case No. 3:22-cv-00001

Dear Counsel,

This appeal has been docketed as case number **22-3413** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 17, 2022**. ==Additionally, the transcript order must be completed by that date.== For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee: Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

 More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

            Sincerely yours,

            s/Robin L Baker
            Case Manager
            Direct Dial No. 513-564-7014

cc: Mr. Aaron Siri
  Mr. Christopher David Wiest

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-3413

MICHAEL POFFENBARGER

        Plaintiff - Appellee

v.

FRANK KENDALL, in his official capacity as Secretary of the Air Force; LIEUTENANT GENERAL ROBERT I. MILLER, in his official capacity as Surgeon General of the Air Force; LIEUTENANT GENERAL RICHARD W. SCOBEE, in his official capacity as Commander, Air Force Reserve Command; MAJOR GENERAL JEFFREY T. PENNINGTON, in his official capacity as Commander, 4th Air Force; LIEUTENANT COLONEL CHRISTOPHER KOJAK, in his official capacity as Commander, 445th Operations Support Squadron; COLONEL RAYMOND A. SMITH, JR., in his official capacity as Commander, 445th Airlift Wing; UNITED STATES OF AMERICA

        Defendants - Appellants