**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 30, 2022

Mr. Lowell V. Sturgill Jr.
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 9140
Washington, DC 20530

    Re:  Case No. 22-3413, *Michael Poffenbarger v. Frank Kendall, et al*
           Originating Case No. 3:22-cv-00001

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Robin L Baker
                                          Case Manager
                                          Direct Dial No. 513-564-7014

cc:  Mr. Thomas Bernard Bruns
      Mr. Richard W. Nagel
      Mr. Christopher David Wiest

Enclosure

Mandate to issue

Case No. 22-3413

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MICHAEL POFFENBARGER

    Plaintiff - Appellee

v.

FRANK KENDALL, in his official capacity as Secretary of the Air Force; LIEUTENANT GENERAL ROBERT I. MILLER, in his official capacity as Surgeon General of the Air Force; LIEUTENANT GENERAL RICHARD W. SCOBEE, in his official capacity as Commander, Air Force Reserve Command; MAJOR GENERAL JEFFREY T. PENNINGTON, in his official capacity as Commander, 4th Air Force; LIEUTENANT COLONEL CHRISTOPHER KOJAK, in his official capacity as Commander, 445th Operations Support Squadron; COLONEL RAYMOND A. SMITH, JR., in his official capacity as Commander, 445th Airlift Wing; UNITED STATES OF AMERICA

    Defendants - Appellants

   Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 30, 2022