**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| MICHAEL POFFENBARGER, | : |
| Plaintiff, | : Case No. 3:22-cv-1 |
| v. | : Judge Thomas M. Rose |
| Hon. FRANK KENDALL, *et al.*, | : |
| Defendants. | : |

**ORDER**

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Thomas M. Rose to the docket of The Honorable Matthew W. McFarland.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, December 13, 2022.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

s/Matthew W. McFarland
_____
MATTHEW W. MCFARLAND
UNITED STATES DISTRICT JUDGE