# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL POFFENBARGER, | : | Case No. 3:22-cv-1 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| HON. FRANK KENDALL, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that the Court sua sponte DISMISSES the case WITHOUT PREJUDICE this matter is TERMINATED from this Court's docket.

Dated: March 18, 2024.                                      Richard W. Nagel, Clerk of Court
                                                             By: */s/ Kellie A. Fields*
                                                                  Deputy Clerk